# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

                v.                       Crim. No. 5:10-CR-343-1FL

MOSES BARRETT

     On July 17, 2014, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                      I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller                           /s/Erica W. Foy  
Jeffrey L. Keller                                Erica W. Foy  
Supervising U.S. Probation Officer          U.S. Probation Officer  
                                                          310 New Bern Avenue, Room 610  
                                                          Raleigh, NC 27601-1441  
                                                          Phone: 919-861-8665  
                                                          Executed On: February 18, 2016

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __19th__ day of __February__, 2016.

                                                          Louise W. Flanagan  
                                                          U.S. District Judge